AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF ARKANSAS



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR – 3 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **JIMMY LEE DUNLAP** | ) Case No: __4:96CR00259-01 JLH__ |
| | ) USM No: __10567-042__ |
| Date of Previous Judgment: __May 21, 1997__ | ) __Jenniffer Horan - appointed on February 20, 2008__ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of _____**135**_____ months **is reduced to** **TIME SERVED** .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __May 21, 1997__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __March 3, 2008__

_____
Judge's signature

Effective Date: __March 14, 2008__
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title